JOHANNA GROTH, Respondent, v. THOMAS J. WASHBURN, Appellant.

(Argued May 2, 1882; decided May 30, 1882.)

THIS action was brought to recover damages alleged to have been occasioned by the negligence of defendant's servant.

.Plaintiff, while crossing Centre street in the city of New York, was knocked down and run over by defendant's carriage driven by his servant and employed in his business.

The court instructed the jury that plaintiff could not recover unless she " was entirely free from negligence," nor unless " the accident was caused wholly by the negligence of defendant's servant."   No exception was made to any portion of the charge, and no request was made for additional instructions. There was evidence showing careless and reckless conduct, or want of skill on the part of the driver.  *Held*, that the verdict was not the subject of review here.  (*Hoyt* v. *Thompson*, 19 N. Y. 207; *Marshall* v. *Smith*, 20 id. 251.)

*Charles M. Earle* for appellant.

*L. E. Gilbert* for respondent.

DANFORTH, J., reads for affirmance.
All concur, except MILLER and TRACY, JJ., absent.
Judgment affirmed.